[Nos. 35943-0-II; 35946-4-II.   Division Two.   May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LARON TERRILL McGEE, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 06-1-00094-5, Katherine M. Stolz, J., entered February 6, 2007. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 36067-5-II.   Division Two.   May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM MATTHEW JACOBS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-01428-3, James E. Warme, J., entered March 15, 2007. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 36094-2-II.   Division Two.   May 13, 2008.]

RANDY S. JENSEN, *Respondent*, v. LAKE JANE ESTATES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-09944-9, Vicki L. Hogan, J., entered March 2, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 36147-7-II.   Division Two.   May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. XAVIER CHARLES JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02146-6, James R. Orlando, J., entered March 2, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.